BOROUGH OF BELMAR POLICEMEN'S BENEVOLENT ASSOCIA-
TION OF LOCAL # 50 v. BOROUGH OF BELMAR.

July 7, 1981.

Cross-petition for certification granted. (See 178 *N.J.Super.*
473)

BILL MATHESIUS v. MERCER COUNTY IMPROVEMENT
AUTHORITY.

July 7, 1981.

Petition for certification denied. (See 177 *N.J.Super.* 626)

STATE OF NEW JERSEY v. JAMES SLAUGHTER.

July 7, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL SPURR.

July 7, 1981.

Petition for certification denied. (See 178 *N.J.Super.* 531)